# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **PETER LEAH,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SMITH'S FOOD & DRUG CENTERS, INC.**, a foreign corporation, dba Smith's Food & Drug,<br><br>**Defendant.** | **JUDGMENT IN A CIVIL CASE**<br><br><br>**Case No. 2:21-cv-00336-JCB**<br><br><br>**Magistrate Judge Jared C. Bennett** |

IT IS ORDERED AND ADJUDGED that Defendant Smith's Food & Drug Centers, Inc.'s motion to dismiss is GRANTED, and this action is DISMISSED WITH PREJUDICE.

DATED this 17th day of March 2022.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge